UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS,<br><br>Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)  No. 24-1163<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NONBINDING STATEMENT OF ISSUES**

Pursuant to this Court's May 28, 2024 order, Petitioner American Fuel & Petrochemical Manufacturers ("AFPM") hereby submits the following nonbinding statement of issues to be raised:

1. Whether Respondent Environmental Protection Agency ("EPA") acted arbitrarily, capriciously, or in a manner otherwise contrary to law when taking the final action entitled "Denial of AFPM Petition for Partial Waiver of 2023 Cellulosic Biofuel Standard" ("Denial"), published in the Federal Register on March 26, 2024 ("Notice of Denial of Petition for Partial Waiver of 2023 Cellulosic Biofuel Standard Under the Renewable Fuel Standard Program"), 89 Fed. Reg. 20961.

2. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law in the Denial when declining to consider or address AFPM's petition to partially waive the 2023 renewable fuel standard for cellulosic biofuel under 42 U.S.C. § 7545(*o*)(7)(D).

3. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law in the Denial when deciding not to partially waive the 2023 renewable fuel standard for cellulosic biofuel under 42 U.S.C. § 7545(*o*)(7)(D).

4. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law in the Denial when concluding there was not an inadequate domestic supply of cellulosic biofuel to satisfy the 2023 renewable fuel standard, thereby denying Petitioner AFPM's petition under 42 U.S.C. § 7545(*o*)(7)(A).

Petitioner AFPM reserves the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

Respectfully submitted,

<u>/s/ Robert J. Meyers</u>
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Of counsel*:
Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL & PETROCHEMICAL
MANUFACTURERS
1800 M Street, NW
Suite 900 North
Washington, DC 20036
Telephone: (202) 457-0480
Facsimile: (202) 457-0486

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

Dated: June 27, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

/s/ Robert J. Meyers
Robert J. Meyers

Dated:  June 27, 2024