# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, | ) ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 24-1163 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) ) | |

## MOTION TO HOLD CASE IN ABEYANCE

Pursuant to Fed. R. App. P. 27, Petitioner American Fuel & Petrochemical Manufacturers ("AFPM") hereby requests that this Court hold the above-captioned proceeding in abeyance pending resolution of AFPM's soon-to-be-filed complaint in the United States District Court for the District of Columbia against Respondent U.S. Environmental Protection Agency ("EPA") and the Honorable Michael Regan, in his official capacity as EPA Administrator, alleging a nondiscretionary duty to waive cellulosic biofuel volumes for 2023 that are part of the Renewable Fuel Standard ("RFS") program established by Clean Air Act section 211(o), 42 U.S.C. § 7545(o). Respondent EPA does not oppose the motion, Respondent-Intervenor Growth Energy does not oppose the motion, and Respondent-Intervenor

Coalition for Renewable Natural Gas takes no position on the motion and does not plan on filing a response.

In further support of this motion, AFPM states as follows:

1. The above-captioned proceeding, filed May 28, 2024, seeks this Court's review of EPA's final action published in the Federal Register on March 26, 2024 titled "*Notice of Denial of Petition for Partial Waiver of 2023 Cellulosic Biofuel Standard Under the Renewable Fuel Standard Program*." 89 Fed. Reg. 20,961. Doc. 2056550.

2. In that final action, EPA denied an administrative petition AFPM submitted to EPA requesting "a partial waiver of the 2023 cellulosic biofuel standard under CAA section 211(o)(7)(D) and CAA section 211(o)(7)(A)(i)." 89 Fed. Reg. at 20,962. EPA "evaluat[ed] the AFPM Petition as having been submitted under CAA section 211(o)(7)(A)[.]"[1]

3. On July 29, 2024, this Court granted Respondent-Intervenors' motions to intervene in support of EPA in the above-captioned proceeding. Doc. 2067091.

4. On July 31, 2024, this Court issued an order setting a briefing schedule for the above-captioned proceeding, with a deadline for AFPM's opening brief of September 9, 2024. Doc. 2067609.

---

[1] Denial of AFPM Petition for Partial Waiver of the Cellulosic Biofuel Standard (March 2024), https://www.epa.gov/system/files/documents/2024-03/afpm-part-waiver-denial-cellulosic-biofuel-stndrd-2024-03.pdf.

5. Also on May 28, 2024, AFPM submitted a notice of intent to sue EPA and the Honorable Michael Regan, in his official capacity as EPA Administrator, for failure to perform a nondiscretionary duty to partially waive cellulosic biofuel volumes for 2023 under CAA section 211(o)(7)(D).[2] 42 U.S.C. §§ 7604(a)(2), 7545(o)(7)(D). The citizen-suit provision requiring such notice also requires that notice to be submitted at least 60 days before filing suit. *Id.* § 7604(b)(2).

6. Now that more than 60 days have passed since submitting notice to EPA, AFPM intends soon to file a complaint in the United States District Court for the District of Columbia regarding failure to discharge the nondiscretionary duty.

7. Because both proceedings concern EPA's decision not to partially waive cellulosic biofuel volumes for 2023, AFPM anticipates that it will be more efficient to put the above-captioned proceeding into abeyance pending the outcome of the district court litigation, and will conserve party and judicial resources.

8. Depending upon the outcome of the district court litigation, further proceedings in this Court may not be necessary. Should further proceedings remain necessary, the issues before this Court may be clarified or streamlined, allowing closely-linked subject matter to be briefed only once.

---

[2] *Available at* https://www.epa.gov/ogc/notices-intent-sue-us-environmental-protection-agency-epa.

For the foregoing reasons, AFPM respectfully requests that this Court grant AFPM's motion and hold the above-captioned proceeding in abeyance pending the district court's resolution of AFPM's soon-to-be-filed complaint.

Respectfully submitted,

/s/ Robert J. Meyers
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
rmeyers@crowell.com

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

DATED: August 9, 2024

# CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 550 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

/s/ Robert J. Meyers<br>
Robert J. Meyers

DATED: August 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

                                                                    /s/ Robert J. Meyers
                                                                    Robert J. Meyers

DATED: August 9, 2024