# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1163**                                              **September Term, 2023**

**EPA-89FR20961**

**Filed On: August 13, 2024** [2069696]

American Fuel & Petrochemical
Manufacturers,

        Petitioner

    v.

Environmental Protection Agency,

        Respondent

------------------------------

Coalition for Renewable Natural Gas and
Growth Energy,
        Intervenors

## O R D E R

Upon consideration of petitioner's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning November 12, 2024.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the resolution of AFPM's soon-to-be-filed complaint in the United States District Court for the District of Columbia.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Michael C. McGrail
     Deputy Clerk