# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1163**                                              **September Term, 2025**

EPA-89FR20961

**Filed On: November 6, 2025** [2144125]

American Fuel & Petrochemical Manufacturers,

       Petitioner

       v.

Environmental Protection Agency,

       Respondent

------------------------------

Coalition for Renewable Natural Gas and Growth Energy,
       Intervenors

## O R D E R

Upon consideration of the government's motion for a stay of the status report deadlines in light of the lapse of appropriations, it is

**ORDERED** that the motion be granted. Respondent is directed to file the next status report within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                               BY:     /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk