UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) No. 24-1163 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| Respondent, | ) ) |
| and | ) ) |
| COALITION FOR RENEWABLE NATURAL GAS, *et al.*, | ) ) ) |
| Respondent-Intervenors. | ) ) |

**ABEYANCE STATUS REPORT**

Pursuant to this Court's orders of August 13, 2024 (Doc. 2069696) and November 6, 2025 (Doc. 2144125), Petitioner American Fuel & Petrochemical Manufacturers ("AFPM"), and Respondent U.S. Environmental Protection Agency ("EPA"), submit the following status report.

**BACKGROUND**

1. The above-captioned proceeding, filed May 28, 2024, seeks this Court's review of EPA's final action published in the Federal Register on March

26, 2024 titled "*Notice of Denial of Petition for Partial Waiver of 2023 Cellulosic Biofuel Standard Under the Renewable Fuel Standard Program*." 89 Fed. Reg. 20,961. Doc. 2056550.

2. In that final action, EPA denied an administrative petition AFPM submitted to EPA requesting "a partial waiver of the 2023 cellulosic biofuel standard under CAA section 211(o)(7)(D) and CAA section 211(o)(7)(A)(i)." 89 Fed. Reg. at 20,962.[1]

3. On July 29, 2024, this Court granted Respondent-Intervenors' motions to intervene in support of EPA in the above-captioned proceeding. Doc. 2067091.

4. On July 31, 2024, this Court issued an order setting a briefing schedule for the above-captioned proceeding, with a deadline for AFPM's opening brief of September 9, 2024. Doc. 2067609.

5. Also on May 28, 2024, AFPM submitted a notice of intent to sue EPA and the Honorable Michael Regan, in his official capacity as EPA Administrator, alleging failure to perform a nondiscretionary duty to partially waive cellulosic biofuel volumes for 2023, citing 42 U.S.C. §§ 7604(a)(2) and 7545(o)(7)(D).[2] The

---

[1] Denial of AFPM Petition for Partial Waiver of the Cellulosic Biofuel Standard (Mar. 2024), https://www.epa.gov/system/files/documents/2024-03/afpm-part-waiver-denial-cellulosic-biofuel-stndrd-2024-03.pdf.

[2] *Available at* https://www.epa.gov/ogc/notices-intent-sue-us-environmental-protection-agency-epa.

2

citizen-suit provision requiring such notice also requires that notice to be submitted at least 60 days before filing suit. *Id.* § 7604(b)(2).

6. On August 9, 2024, AFPM filed a motion to hold the above-captioned petition in abeyance pending resolution of AFPM's then soon-to-be-filed complaint in the United States District Court for the District of Columbia. Doc. 2069327.

7. On August 15, 2024, more than 60 days having passed since submitting notice to EPA, AFPM filed a complaint in the United States District Court for the District of Columbia alleging failure to discharge a nondiscretionary duty. *AFPM v. Regan*, Case No. 1:24-cv-02361-RBW, Dkt. No. 1, Compl. (D.D.C. filed Aug. 15, 2024).

8. On October 11, 2024, Coalition for Renewable Natural Gas ("RNG Coalition") moved for leave to intervene in the district court proceeding. *Id.* Dkt. No. 9.

9. On October 15, 2024, EPA filed an answer to AFPM's complaint in the district court proceeding. *Id.* Dkt. No. 10.

10. On February 19, 2025, the district court granted the RNG Coalition's motion to intervene and ordered the parties to file a joint, proposed briefing schedule. *Id.* Dkt. No. 12. Thereafter, the parties jointly proposed a briefing schedule on March 5, 2025. *Id.* Dkt. No. 14.

3

## CURRENT STATUS

11.     As of the filing of this status report, summary judgment briefing in the district court proceeding is underway. Summary judgment briefing is scheduled to conclude on or before December 19, 2025, with a conference regarding the motions scheduled for January 30, 2026.


DATED:  November 24, 2025

ADAM R.F. GUSTAFSON
   *Principal Deputy Assistant Attorney General*

ROBERT STANDER
   *Deputy Assistant Attorney General*

/s/ Kimere J. Kimball
KIMERE J. KIMBALL
   *U.S. DOJ/ENRD*
   *P.O. Box 7611*
   *Washington, D.C. 20044*
   *(202) 598-7680*
   kimere.kimball@usdoj.gov

*Counsel for Respondent U.S. Environmental Protection Agency*

Respectfully submitted,

/s/ Elizabeth B. Dawson
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
rmeyers@crowell.com

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

4

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing status report through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

/s/ Elizabeth B. Dawson
Elizabeth B. Dawson

DATED:  November 24, 2025